# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: CCSA, LLC v. The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A"

Case Number: 1:24-cv-07884

An appearance is hereby filed by the undersigned as attorney for:
CCSA, LLC

Attorney name (type or print): Joel B. Rothman

Firm: SRIPLAW, PA

Street address: 231 S Rangeline Rd

City/State/Zip: Carmel, IN 46032

Bar ID Number: 98820
(See item 3 in instructions)

Telephone Number: 561.404.4350

Email Address: joel.rothman@sriplaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/29/2024

Attorney signature:  */s/ Joel B. Rothman*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023