# Exhibit 1

  AMZ123 



front page > Cross-border headlines > text



# 【TRO 23-cv-21753】1057 stores sued! Another case involving trademarks and 40 copyrighted images filed by individual painters represented by Sriplaw

 For the network  [+ focus on]

👁 693
2023-07-04 03:21

We specialize in providing intellectual property assistance, litigation disputes, platform appeal disputes and rights protection for Chinese cross-border sellers, as well as all…

　　This morning, Xiaowei received an email from a seller in the backend. The case number involved was 23-cv-21753. After checking, it turned out that Starla Michelle, a personal painter represented by Sriplaw in 2022, once again initiated trademark and copyright protection! As many as 1,057 stores were sued! Below are the details of the case.

 **01Case**



Plaintiff brand: Starla Michelle work
Plaintiff: Starla Michelle, LLC
Case Number: 23-cv-21753
Type of prosecution: Trademark, Copyr
Plaintiff's Law Firm: Sriplaw Law
Prosecution date: 2023/5/10
Brand official website:



Link+2024 Brand Ark Overseas…

2024-10-20   Book an Appointment Now



Seeking growth overseas, how to…

2024-08-14   Book an Appointment Now

https://starlamichelle.com/

 ## 02Brand  Introduction

　　Starla Halfmann is a professional Austin artist and Texas native. She received her Bachelor of Arts in Design Communications from Texas Tech University. For her, her art career began after she quit her desk job of 8 years, which, like the character in the movie Office Space , was not what she was interested in, so she decided to follow her heart.



(Image source: https://starlamichelle.com/  cited date: July 4, 2023)

　　Starla Halfmann is a Christian artist who hopes to always maintain curiosity in her creations. She once lived on a remote farm, and the only thing she had access to was an encyclopedia. She has loved painting since she was a child, and she also loves many elements of nature. Everyone unanimously believes that she will become a veterinarian. This is also one of the reasons why she paints animals so well and is good at capturing their souls. At present, these works of hers have received a lot of attention, and she has held many successful exhibitions such as the Starla Michelle Art Exhibition, Art on 5th Gallery, and Wally Workman Gallery Experience Art.

## 03Trademark

　　The plaintiff's registered word mark STARLA M



Link+2024 Brand Ark Overseas...

2024-10-20   Book an Appointment Now



Seeking growth overseas, how to...

2024-08-14   Book an Appointment Now



Case 1:23-cv-21753-XXXX   Document 1-1   Entered on FLSD Docket 05/10/2023   Page 2 of 3

# United States of America
## United States Patent and Trademark Office

# STARLA MICHELLE

Reg. No. 6,540,016
Registered Oct. 26, 2021
Int. Cl.: 16
Trademark
Principal Register

STARLA MICHELLE, LLC (TEXAS LIMITED LIABILITY COMPANY)
3907 KANDY DR
AUSTIN, TEXAS 787492549

CLASS 16: Art prints; Art prints on canvas; Printed art reproductions; Framed art prints; Graphic art prints; Graphic fine art prints; Printed children's coloring pages

FIRST USE 11-00-2008; IN COMMERCE 11-00-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies STARLA MICHELLE HALFMANN, whose consent(s) to register is made of record.

SER. NO. 90-595,141, FILED 03-22-2021



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Link+2024 Brand Ark Overseas…
2024-10-20  Book an Appointment Now

Seeking growth overseas, how to…
2024-08-14  Book an Appointment Now

 **04Copyright Information**

There are 40 copyrighted paintings of the plaintiff involved in this case . Sellers are requested to check carefully to avoid infringement.



Link+2024 Brand Ark Overseas…

2024-10-20　Book an Appointment Now

Seeking growth overseas, how to…

2024-08-14　Book an Appointment Now









Link+2024 Brand Ark Overseas...

2024-10-20    Book an Appointment Now

Seeking growth overseas, how to...

2024-08-14    Book an Appointment Now









**Link+2024 Brand Ark Overseas...**

2024-10-20   Book an Appointment Now

**Seeking growth overseas, how to...**

2024-08-14   Book an Appointment Now



## 05Product Examples





(Image source: https://starlamichelle.com/ cited date: July 4, 2023)



The official account of AMZ123 Cross-border Seller Navigation [AMZ123 Cross-border E-commerce] is deeply involved in the cross-border industry and focuses on hot reports.

Scan the QR code on the right, follow us and reply [Join the group] to join the high-quality seller exchange group~

Currently 300,000+ sellers are following us

  

### Disclaimer

Link to this article: https://www.amz123.com/t/KBJS1Fxr
This article is published on AMZ123 Cross-border Headli… have any questions, please contact customer service.



**Link+2024 Brand Ark Overseas…**

2024-10-20  Book an Appointment Now



**Seeking growth overseas, how to…**

2024-08-14  Book an Appointment Now



**Powerful overseas warehouse**
Focus on medium and large items, specialize in one-stop shipping and first-leg oce…

**Expert shooting | External model video shooting**
We provide high-definition original videos, video post-optimization and editing, an…

**Zhiyun Network (Shenzhen) Technology Co., Ltd.**
Create a cross-border logistics smart fulfillment platform for small and medium-siz…

**Tianyi Huitong International Logistics**
With 10 years of experience in cross-border logistics, we are the best choice for Am…

**up to date**  Popular  Report  author  Label

**Who will benefit from TikTok's…**
TikTok and Amazon reach cooperation, social media + e-commerce may become a…

**Fashion brand Ralph Lauren…**
The financial report shows that Ralph Lauren's revenue increased by 1% year-on-…

**Rushing to Amazon BS, this auto…**
Brand traffic exceeds one million, auto parts giants take off on TikTok

**Survey shows: 76% of Indian…**
AMZ123 learned that recently, according to foreign media reports, cross-border…

**Link+2024 Brand Ark Overseas…**
2024-10-20  Book an Appointment Now

**It's coming, it's coming, thi…**
Amazon announces 2024 peak season delivery rates Last week, Amazon relea…

**Seeking growth overseas, how to…**
2024-08-14  Book an Appointment Now

**Japanese consumer online…**

### AMZ123 learned that recently, according to foreign media reports, Repro's "2024 E-…

### Well-known second-hand fashio…
AMZ123 learned that recently, according to foreign media reports, the well-known…

### The Hate Stains that beats all…
『TikTok latest market data』When TikTok launched TikTok Shop (around September…

## Comments  0  ↑↓

Please enter your comment

0 /1000

Log in to join the discussion

**Comment**

---

关于我们 跨境标签 友情链接 免责声明 用户反馈 投稿爆料 专栏作者 联系我们 商务合作 工厂入驻

Copyright © 2016-2024  亚马逊卖家导航    闽ICP备18021440号    闽公网安备 35021102001882号

本站法律顾问：大信法务



**Link+2024 Brand Ark Overseas…**
2024-10-20    Book an Appointment Now

**Seeking growth overseas, how to…**
2024-08-14    Book an Appointment Now