# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**CASE NO.: 1:24-cv-07884**

BETTY'S BEST, INC.,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

Plaintiff BETTY'S BEST, INC. and Defendants Nos. 218 (invaluablte.com), 229 (ortasthard.com), 236 (relstidvtion.com), 244 (sutcalibrat.com), 248 (toknforaerd.com), 251 (transmissioni.com), 254 (wedgcatious.com), 221 (lirecteracy.com), 230 (outerimoest.com), 247 (tematically.com), 220 (invisiblen.com), 182 (alongsidem.com), 187 (backgroundi.com), 224 (nicebelie.com), 226 (niowatchted.com), 223 (metallicn.com), 255 (well-infacemall.com), collectively "Defendants", by and through their undersigned counsel, hereby jointly ask that the Court set the briefing schedule on Defendants' Motion to Dismiss filed at Dkt. 74 as follows:

**WHEREAS,** on October 2, 2024, the Court entered a Preliminary Injunction Order, Dkt. 35, against a number of defendants identified in Schedule A to the Complaint, Dkt. 8-1, including Defendants;

**WHEREAS**, Defendants filed a Motion to Dismiss, Dkt. 74, on December 10, 2024;

**WHEREAS**, Plaintiff's counsel has been traveling abroad on business from December 9 until December 16, 2024, and the upcoming Christmas and Jewish holidays impede Plaintiff's ability to adequately prepare a response to Defendants' Motion to Dismiss;

**WHEREAS**, Plaintiff and Defendants have been engaged in good faith settlement discussions, and counsel for Plaintiff and Defendants conferred on December 17, 2024 via email and stipulate and agree to a briefing schedule;

**THEREFORE**, the parties stipulate and agree that the deadline for Plaintiff to respond to Defendants' Motion to Dismiss should be set to January 7, 2025, so that Defendants may file their reply in support of the Motion on or before January 21, 2025.

| | |
|---|---|
| Dated: December 17, 2024 | Respectfully submitted, |
| | |
| */s/ Angela M. Nieves*_____ | */s/  Jacob Chen*_____ |
| ANGELA M. NIEVES | JACOB CHEN |
| Florida Bar Number: 1032760 | DGW Kramer LLP |
| angela.nieves@sriplaw.com | 45 Rockefeller Plaza, 20th Floor |
| JOEL B. ROTHMAN | New York, 10111 |
| Florida Bar Number: 98220 | Tel: (917) 983-2806 |
| joel.rothman@sriplaw.com | Fax: (917) 633-6183 Email: |
| J. CAMPBELL MILLER | jchen@dgwllp.com |
| Illinois Bar Number: 6345233 | |
| campbell.miller@sriplaw.com | *Counsel for Defendants* |

**SRIPLAW, P.A.**
231 South Rangeline Road
Carmel, IN 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Betty's Best*