**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BETTY'S BEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-07884 <br><br> **Hon. Thomas M. Durkin** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## **DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff BETTY'S BEST, INC. ("BETTY'S BEST") against the defendants identified on Amended Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Amended Schedule A (collectively, the "Defendant Internet Stores"), and BETTY'S BEST having moved for entry of Default and Default Judgment against the defendants identified on Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; BETTY'S BEST having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

The Defaulting Defendants have not answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly targets their business activities toward consumers in the United States, including Illinois. Specifically, BETTY'S BEST has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offers shipping to the United States, including Illinois, accepts payment in U.S. dollars and/or funds from U.S. bank accounts, and has sold products using infringing and counterfeit versions of BETTY'S BEST's federally registered trademarks (the "BETTY'S BEST Trademarks") and copyrighted works (the "BETTY'S BEST Copyrights"), to residents of Illinois. In this case, BETTY'S BEST has presented screenshot evidence that Defaulting Defendants' e-commerce stores are reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the BETTY'S BEST Trademarks and Copyrights. *See* Docket No. 12-2, which includes screenshot evidence confirming that Defaulting Defendants' e-commerce stores do stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the BETTY'S BEST Trademarks and Copyrights.

A list of the BETTY'S BEST Trademarks is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|

| | | |
|---|---|---|
| **5,072,866** | **STRIPHAIR** | 21: Grooming tools, namely, combs and brushes for pets, horses and livestock; Currycombs |
| **5,328,641** | **THE GENTLE GROOMER** | 21: Grooming tools, namely, combs and brushes for pets, horses and livestock; Currycombs |

A list of the BETTY'S BEST Copyrights is included in the below chart.

| Registration Number | Copyright Title and Description | Effective Date of Registration |
|---|---|---|
| VA 2-299-367 | StripHair Product Pictures 2020 (group of 10 photographs) | May 12, 2022 |
| VA 2-300-902 | StripHair Product Pictures 2019 (group of 7 photographs) | May 19, 2022 |
| VA 2-304-928 | StripHair Product Pictures 2018 (groups of 2 photographs) | June 3, 2022 |
| VA 2-304-931 | StripHair Product Pictures 2021 (group of 8 photographs) | June 3, 2022 |
| PAu 4-142-655 | SH-Video-1 11.01.2019 (entire motion picture) | June 14, 2022 |
| PAu 4-142-666 | SH-Video-2 4.01.2021 (entire motion picture) | June 14, 2022 |
| PAu 4-143-928 | SH-Video-3 7.01.2021 (entire motion picture) | June 30, 2022 |
| PAu 4-143-929 | SH-Video-4 4.01.2018 (entire motion picture) | June 30, 2022 |
| PAu 4-145-045 | SH-Video-5 3.01.2019 (entire motion picture) | July 14, 2022 |
| PAu 4-145-360 | SH-Video-7 6.01.2020 (entire motion picture) | July 19, 2022 |
| PAU 4-145-361 | SH-Video-8 5.01.2021 (entire motion picture) | July 19, 2022 |
| PAu 4-145-379 | SH-Video-6 2.01.2019 (entire motion picture) | July 19, 2022 |

BETTY'S BEST's website content comprising photographs and text, titled "striphair.com website" is duly registered with the Register of Copyrights under the Registration No. VA 2-271-013, effective October 6, 2021.

BETTY'S BEST's grooming tool's design features are protected under a design patent and registered with the United Stated Patent and Trademark Office under U.S. Patent No. D841,900 S titled "HORSE OR PET GROOMING TOOL."

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*), and willful copyright infringement (17 U.S.C. § 504). The Court denies Plaintiff's request for entry of judgment on the claims for willful design patent infringement (35 U.S.C. § 284) and violations of the Digital Millennium Copyright Act (DMCA) (17 U.S.C. § 1202).

Accordingly, this Court orders that BETTY'S BEST's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with it be permanently enjoined and restrained from:

    a. using the BETTY'S BEST Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BETTY'S BEST product or not authorized by BETTY'S BEST to be sold in connection with the BETTY'S BEST Trademarks and Copyrights,;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine BETTY'S BEST product or any other product produced by BETTY'S BEST, that is not

       BETTY'S BEST's or not produced under the authorization, control, or supervision of BETTY'S BEST and approved by BETTY'S BEST for sale under the BETTY'S BEST Trademarks and Copyrights,;

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of BETTY'S BEST, or are sponsored by, approved by, or otherwise connected with BETTY'S BEST; and

  d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for BETTY'S BEST, nor authorized by BETTY'S BEST to be sold or offered for sale, and which bear or use any of BETTY'S BEST's trademarks or copyrighted works, including the BETTY'S BEST Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

  a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendant could

5

    continue to sell counterfeit and infringing goods using the BETTY'S BEST Trademarks and Copyrights; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing or using the BETTY'S BEST Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine BETTY'S BEST product or not authorized by BETTY'S BEST to be sold in connection with the BETTY'S BEST Trademarks and Copyrights.

3. Upon BETTY'S BEST's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendant in connection with the sale of counterfeit and infringing goods using the BETTY'S BEST Trademarks and Copyrights.

4. Pursuant to 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c), BETTY'S BEST is awarded statutory damages from each of the Defaulting Defendants **identified as trademark or copyright infringers on Exhibit 1 attached hereto** in the amount of $100,000 for willful use of counterfeit BETTY'S BEST Trademarks on products sold through at least the Defendant Internet Stores; and the amount of $100,000 for willful, unauthorized use of BETTY'S BEST Copyrights on products sold through at least the Defendants Internet Stores. These awards shall apply to Defaulting Defendants only once, even if they are listed under multiple different aliases in the Complaint and Amended Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"),

and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third-Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to BETTY'S BEST as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to BETTY'S BEST the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until BETTY'S BEST has recovered full payment of monies owed to it by any Defaulting Defendants, BETTY'S BEST shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that BETTY'S BEST identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, BETTY'S BEST may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

9. The three hundred forty-seven thousand dollar ($347,000) surety bond posted by BETTY'S BEST is hereby released to BETTY'S BEST or its counsel, SRIPLAW. The Clerk of the

Court is directed to return the surety bond previously deposited with the Clerk of the Court to BETTY'S BEST or its counsel.

This is a Default Judgment.

Dated: December 18, 2024  ENTERED:

*Thomas M Durkin*

Thomas M. Durkin
United States District Judge

**Amended Schedule A**

| Doe # | Mktplc. | Merchant Name | Merchant ID |
|---|---|---|---|
| 1 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | adminaofit |
| 2 | Alibaba | Fuzhou Yaleda Trade Co., Ltd. | amotrip |
| 3 | Alibaba | Shenzhen Canrux Industrial Co., Ltd. | canrux |
| 4 | Alibaba | Zhengzhou Cebing Trading Co., Ltd. | cebing |
| 5 | Alibaba | Chengdu Tops Technology Co., Ltd. | chengdutops |
| 6 | Alibaba | Dongguan Yuan Chen Trading Co., Ltd. | dgyuanchen |
| 7 | Alibaba | Shijiazhuang Diguangsen New Material Technology Co., Ltd. | diguangsen |
| 8 | Alibaba | Dalian Usmile International Trading Co., Ltd. | dlusmile |
| 9 | Alibaba | Zhuhai Gulam Technology Co., Ltd. | exercise |
| 10 | Alibaba | Ningbo Island Flower Trading Co., Ltd. | flowerpet |
| 11 | Alibaba | Foshan Bifuyi Trading Co., Ltd. | furryfriends |
| 12 | Alibaba | Zhenjiang Holda Materials Co., Ltd. | holdamaterials |
| 13 | Alibaba | Hangzhou Qianhong Culture Media Co., Ltd. Yiwu Branch | hzqianhong |
| 14 | Alibaba | Guangxi Nanning iPaws Pet Products Co., Ltd. | ipaws |
| 15 | Alibaba | Zhangjiagang Kingtale International Trading Co., Ltd. | kingtale |
| 16 | Alibaba | Zhangjiagang Kingtale International Trading Co., Ltd. | kingtalepets |
| 17 | Alibaba | Jintailin Technology (shenzhen) Co., Ltd. | kingterence |
| 18 | Alibaba | Jilin lomo pet products Co., Ltd. | lomopet |
| 19 | Alibaba | Shanghai Luby Pet Industries Co., Ltd. | lubypet |

| | | | |
|---|---|---|---|
| 20 | Alibaba | MiSun International Trade (Fujian) Co., LTD. | msmisun |
| 21 | Alibaba | Guangzhou Jad Enterprise Co., Ltd. | opopet |
| 22 | Alibaba | Xi'an Petspace Co., Ltd. | petspace |
| 23 | Alibaba | Rizhao Tongyuan Industrial Technology Co., Ltd. | rztongyuan |
| 24 | Alibaba | Huizhou Shengfeng Feather Craft Factory | sfym2005 |
| 25 | Alibaba | Ningbo Missinteresing Imp And Exp Co., Ltd. | sweettreats |
| 26 | Alibaba | Shenzhen Tophy Technology Co., Limited | sztophy |
| 27 | Alibaba | Xiamen You Wei Import & Export Co., Ltd. | uway-xm |
| 28 | Alibaba | Ningbo Youme Pet Products Co., Ltd. | youmepet |
| 29 | Alibaba | Yiwu Haoyuan Import And Export Co., Ltd. | ywhaoyuan |
| 30 | Alibaba | Yiwu Qunsen Craft Co., Ltd. | ywqunsen |
| 31 | Alibaba | Zhejiang Yingye Technology Co., Ltd. | yykjchina |
| 32 | Alibaba | Yangzhou Blue Fox Sports Equipment Co., Ltd. | yzlanhu |
| 33 | Alibaba | Yiwu Zking Craft Co., Ltd. | zhijincraft |
| 92 | Amazon | Airay-Zhang | A11VPOJ8TJAONF |
| 93 | Amazon | ASHRUN US | A181A60C4U8SL1 |
| 99 | Amazon | LSerendipity | A1J3VXM4MCU9HP |
| 100 | Amazon | DHQY | A1LKNTI773TKL5 |
| 101 | Amazon | PESSILIN | A1RWUGHGPMPXLZ |
| 104 | Amazon | laoqiangmen | A21EAZG4VDSR4J |
| 105 | Amazon | WUMANGD | A21PEH2HDAXNJ9 |
| 107 | Amazon | F-SHOW HOME | A24GJ8FU2IX0ML |
| 108 | Amazon | hfuheusfuseydeudoiwdosdsgfdgfdg | A2APZUPMX8HMN0 |
| 109 | Amazon | KingTJHomeUS | A2CHP89ZT2LCD8 |
| 111 | Amazon | GuangZhouXianZhenShangMaoYouXianGongSi | A2F3FT8VD3KP5U |
| 112 | Amazon | Dealmodes | A2G1X0QTH4RMPX |
| 113 | Amazon | ruigengdianzi | A2HXDZ7CCK0Q1G |

| | | | |
|---|---|---|---|
| 114 | Amazon | jing he xin cheng dong han bai huo dian | A2JBUKVGWV6IUQ |
| 115 | Amazon | 桂林瑞琪地坪工程有限公司 | A2RSO960WJFOVF |
| 116 | Amazon | A shop that sells only fine goods | A2SB918BLE8DR9 |
| 117 | Amazon | suwfnksf | A2TYYZBRKPJVSD |
| 118 | Amazon | qiuchunhua9192 | A2V26UQMXS0L8X |
| 119 | Amazon | Luit THor | A2ZO4PH81LJD1C |
| 121 | Amazon | xiaojiudedian | A30N497UHWM7IW |
| 122 | Amazon | LAO LI | A30YLL38NC4VB9 |
| 123 | Amazon | Zyang shop | A328P0326SHH6Z |
| 124 | Amazon | kutesi | A32DZ78PN17FAV |
| 125 | Amazon | ROTUR-STUDIO | A32YCE0JJNSLI7 |
| 126 | Amazon | Hao De Zhu Bai Huo Ling Shou Wang Dian | A34N1169NJPNPB |
| 128 | Amazon | woaiyangyalan | A3GHQSR2GXJR4Y |
| 129 | Amazon | fuzhoujinanqumufanyanjingdian | A3I2XR17FE48AC |
| 131 | Amazon | aifengshanghang | A3SLXR881ZMY7N |
| 133 | Amazon | guangzhoushiwangmaishangmaozhongxin | AEC0EEI7J4J4N |
| 135 | Amazon | mcihael | AIZQDL14NXDM4 |
| 136 | Amazon | Yaoqeen | AOAU25XN0I6FV |
| 137 | Amazon | Harteck | APN5EBV1A7TDJ |
| 138 | Amazon | Lisa Susie LLC | AQFBRW1KW1XTM |
| 140 | Amazon | HDZIR | AT65RHTGP83PJ |
| 141 | Amazon | Vokoyt | AXLLRDF00UPTR |
| 142 | CJdropshipping | Heyang Industrial Co., Ltd | 2938880001 |
| 143 | DHgate | mx_home Store | 21579613 |
| 144 | DHgate | smyy16 Store | 21780107 |
| 145 | DHgate | sobestpet Store | 21905849 |
| 146 | eBay | adeesolutionsltd | adeesolutionsltd |
| 147 | eBay | ahmed10 | ahmed10 |
| 148 | eBay | alhasangroup | alhasangroup |
| 149 | eBay | asard-87 | asard-87 |
| 150 | eBay | cjakennedy | cjakennedy |
| 151 | eBay | drutihon | drutihon |
| 152 | eBay | duerdenltd | duerdenltd |
| 153 | eBay | hacumbe-91 | hacumbe-91 |
| 155 | eBay | induma_29 | induma_29 |
| 156 | eBay | janel-1869 | janel-1869 |

| | | | |
|---|---|---|---|
| 157 | eBay | jeremys_store_est_2019 | jeremys_store_est_2019 |
| 158 | eBay | jobara_53 | jobara_53 |
| 159 | eBay | khelliss | khelliss |
| 160 | eBay | lukechrmack-0 | lukechrmack-0 |
| 161 | eBay | malixco | malixco |
| 162 | eBay | matthew-6508 | matthew-6508 |
| 163 | eBay | mohhak52 | mohhak52 |
| 164 | eBay | musenltd | musenltd |
| 165 | eBay | nuutp0 | nuutp1 |
| 166 | eBay | outdoor_garden | outdoor_garden |
| 167 | eBay | shop_online_store_4u | shop_online_store_4u |
| 169 | eBay | simplyhousehold | simplyhousehold |
| 170 | eBay | slghub | slghub |
| 171 | eBay | storevox | storevox |
| 172 | eBay | superstoregerman | superstoregerman |
| 173 | eBay | thewinningdeals | thewinningdeals |
| 174 | eBay | ukjplink | ukjplink |
| 175 | eBay | usa.factory | usa.factory |
| 177 | eBay | Forever Customized Life | yolocustomizedlife |
| 178 | eBay | zhouxiangjun13078720695 | zhouxiangjun13078720695 |
| 183 | Other | ammlin | ammlin.com |
| 185 | Other | asweju | asweju.online |
| 189 | Other | bobabi | bobabi.com |
| 190 | Other | brightmeteors | brightmeteors.com |
| 193 | Other | ceelic | ceelic.com |
| 194 | Other | cesdeals | cesdeals.com |
| 199 | Other | divoza | divoza.com |
| 203 | Other | emgrozz | emgrozz.com |
| 208 | Other | friskaleder | friskaleder.com |
| 210 | Other | gjchose6 | gjchose6.shoppaas.com |
| 213 | Other | grandado | grandado.com |
| 214 | Other | grocerytoy | grocerytoy.com |
| 228 | Other | onsalefitnessgym | onsalefitnessgym.com |
| 240 | Other | sobeeriond | sobeeriond.com |
| 241 | Other | soundadvice | soundadvice.shop |
| 252 | Other | vicedeal | vicedeal.com |
| 256 | Shein | YOLO09 | 1479825948 |
| 257 | Shein | WZruichuang | 2318296788 |
| 258 | Shein | ZSJ PET SUPPLIES | 2695445653 |

| 259 | Shein | PETBABY | 3136752917 |
|---|---|---|---|
| 261 | Shein | Guan Wu | 3449418537 |
| 262 | Shein | Xyseeru | 5716939847 |
| 263 | Shein | KANGHUIXING Pet Supplies | 6264326596 |
| 264 | Shein | WANXINREN PET SUPPLIES | 7540888320 |
| 265 | Shein | PetLover Pet Supplies | 8256093510 |
| 266 | Shopify | bestdealprima | bestdealprima.com |
| 268 | Shopify | coolightstore | coollight.shop |
| 269 | Shopify | dktshop | dktshop.com |
| 270 | Shopify | greatdealoffers | greatdealoffers.co.uk |
| 273 | Shopify | lordzon | lordzon.com |
| 274 | Shopify | mache pets | macheequinecanine.com.au |
| 275 | Shopify | pegasusquare | pegasusquare.com |
| 278 | Shopify | toptrendydeals | toptrendydeals.com |
| 279 | Shopify | wellstuffshop | wellstuffshop.com |
| 280 | Temu | KANG HUI XIU | 144769830145 |
| 281 | Temu | Airay | 15092110854 |
| 282 | Temu | takethelead | 2261216175563 |
| 283 | Temu | D C Pet Shop | 2555547302992 |
| 284 | Temu | COCNI Pet Supplies | 286635234698 |
| 285 | Temu | AIIGOO | 293891139278 |
| 286 | Temu | Pet Ring | 301597285974 |
| 287 | Temu | Little Puppy | 4415156951268 |
| 288 | Temu | CUTE PET PARTNER | 4471874692445 |
| 289 | Temu | VYSE Pets | 4807834999954 |
| 290 | Temu | ZL Life selective | 4920848113453 |
| 291 | Temu | Powsy Pet planet | 5033258419160 |
| 292 | Temu | Happy tail | 5467279057190 |
| 293 | Temu | Jin Fanxi | 5488699390557 |
| 294 | Temu | Cozy Living Goods | 5552378750225 |
| 295 | Temu | PETILALA | 5798679627557 |
| 296 | Temu | Guixi pet supplies | 5990616854450 |
| 297 | Temu | This is a pet shop | 6127830303261 |
| 298 | Temu | BASICLOGIC | 6289653739006 |
| 299 | Temu | ACkt | 634418210515843 |
| 300 | Temu | Kowth | 634418210763103 |
| 301 | Temu | WANSHIBANGSUPERFACTORY | 634418210775786 |

| | | | |
|---|---|---|---|
| 302 | Temu | Si Rui | 634418211135695 |
| 303 | Temu | LYXC | 634418212197653 |
| 304 | Walmart | HongDongXianTeSaDianZi | 101584246 |
| 306 | Walmart | Henan Aojing Ecological | 101597442 |
| 307 | Walmart | TaiYuanShiZhaoWuShang | 101609562 |
| 308 | Walmart | KAUU | 101610718 |
| 311 | Walmart | Meow&Woof | 101131223 |
| 312 | Walmart | xiaofu | 101136201 |
| 314 | Walmart | xiaocheng | 101136667 |
| 315 | Walmart | Ugerlov Fashion Co. Ltd | 101180744 |
| 317 | Walmart | XMXHMWHC | 101246885 |
| 318 | Walmart | Suzhoufenghejiuxinxijishuyouxiangongsi | 101256215 |
| 320 | Walmart | Caitlin STORE | 101290537 |
| 322 | Walmart | YUANXIAO | 101304879 |
| 323 | Walmart | wudiwangshan | 101341209 |
| 324 | Walmart | DongfangAnjingQiuxuanCo., Ltd. | 101342250 |
| 325 | Walmart | Aidalin | 101346956 |
| 326 | Walmart | nanjingxuanliwenruanjiankeji | 101348539 |
| 329 | Walmart | tersalle | 101619260 |
| 330 | Walmart | meiyangyang101 | 101620119 |
| 331 | Walmart | Honest Healthcare | 101629783 |
| 332 | Wish | kongfukid | 57874a860a4c900b2be34c44 |
| 333 | Wish | nangua | 5789b8a99035dc555db25d43 |
| 334 | Wish | heidou | 5789c28a095367530083bf8e |
| 335 | Wish | Obscurtees | 5875f4456bd3914cd5857830 |
| 336 | Wish | wangjingshuiguo | 58a3d1db13f0905490bd0796 |
| 337 | Wish | dulang | 58ca66c23a8bc86f5fcaffa0 |
| 338 | Wish | 168vitality | 59f2b7d93eb22a50ca7071bf |
| 339 | Wish | stevenXjan | 5ab36c621c256d0421dc3c61 |

14

| | | | |
|---|---|---|---|
| 340 | Wish | Goddess Co.,Ltd | 5d847d228810cc1673e66806 |
| 341 | Wish | Guozhihui520 | 5ea7e85074f40c344ab06a50 |
| 342 | Wish | Heeryobey Bags | 5f8d2e661c808543d0f164cd |
| 343 | Wish | MichelleJW | 603a20363e2a7327dd38bef4 |
| 344 | Wish | Josefam | 61d4b716b09001a7f58f8744 |
| 345 | Wish | ALGODAO DE MAO | 61dcaf9765c2f0d3388b21db |
| 346 | Wish | NOZES VERMELHAS | 61dd7f2711c546bbe570826a |
| 347 | Wish | DannaClar | 61e8b857e85b792591a68a04 |