# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Betty's Best, Inc.

                    Plaintiff,

v.

Case No.: 1:24−cv−07884

Honorable Thomas M. Durkin

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: Joint motion to modify preliminary injunction as to certain defendants and establish escrow arrangement [108] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.