**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO.: 1:24-cv-07884**

BETTY'S BEST, INC.,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

       Defendants.

## <u>ORDER MODIFYING PRELIMINARY INJUNCTION
AS TO CERTAIN DEFENDANTS</u>

THIS CAUSE coming before the Court upon the Joint Motion to Modify Preliminary Injunction as to Defendants Numbered 218 (invaluablte.com), 229 (ortasthard.com), 236 (relstidvtion.com), 244 (sutcalibrat.com), 248 (toknforaerd.com), 251 (transmissioni.com), 254 (wedgcatious.com), 221 (lirecteracy.com), 230 (outerimoest.com), 247 (tematically.com), 220 (invisiblen.com), 182 (alongsidem.com), 187 (backgroundi.com), 224 (nicebelie.com), 226 (niowatchted.com), 223 (metallicn.com), 255 (well-infacemall.com) (collectively, the "Group of 17 Defendants" or "Defendants"), the Court ORDERS as follows:

1. The Preliminary injunction shall be modified as it applies to the Group of 17 Defendants to reduce the Asset Freeze to $100,000.00, which shall be deposited into the Defendants' attorneys' trust account and shall remain frozen during the pendency of the case or until further court order.

2. Once the $100,000.00 has been received and settled into the attorneys' trust account, the

   freeze on Defendants' PayPal accounts shall be lifted and all amounts restrained at

   PayPal shall be released to Defendants instanter.

IT IS SO ORDERED.

Signed this 10th day of March, 2025.

By _Thomas M Durkin_

_____

THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE