# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Betty's Best, Inc.

                                                Plaintiff,

v.                                                                     Case No.: 1:24−cv−07884

                                                                        Honorable Thomas M. Durkin

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: The motion filed by Defendant touchoftrending to modify freeze order [45] is denied as moot because Plaintiff filed a notice of voluntary dismissal as to Defendant touchoftrending on 2/5/2025 [102] and Defendant touchoftrending was dismissed from the case. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.