UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Betty's Best, Inc.

                  Plaintiff,

v.

Case No.: 1:24−cv−07884

Honorable Thomas M. Durkin

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: Seventeen defendants filed a motion to dismiss for lack of personal jurisdiction arguing that their service of process was deficient. Specifically, the Defendants argue that the service by email authorized by the Court is prohibited by the Hague Convention. This Court has rejected this argument in several previous cases. *See Klauber Bros., Inc. v. Partnerships, etc., in Schedule "A",* 2024 WL 182209, at *3 (N.D. Ill. Jan. 17, 2024); *Porter v. Scott Sports SA,* 2023 WL 8190381, at *2 (N.D. Ill. Nov. 27, 2023) (citing *Strabala v. Zhang,* 318 F.R.D. 81, 114 (N.D. Ill. 2016); *Viahart LLC v. Suzhou Everich Imp. & Exp. Co.,* 2021 WL 3857787, at *4 (N.D. Ill. Aug. 30, 2021); *Hangzhou Chic Intelligent Tech. Co. v. Partnerships, etc. on Schedule A,* 2021 WL 1222783, at *3 (N.D. Ill. Apr. 1, 2021). As have many other courts in this district. See R. 92 at 6−7 (citing cases). Defendants have not provided any new reason for the Court to reconsider. Therefore, Defendants' motion to dismiss [74] is denied. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.