# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Betty's Best, Inc.

                      Plaintiff,

v.                         Case No.: 1:24−cv−07884

                      Honorable Thomas M. Durkin

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: The Court adopts the following agreed briefing schedule on the Motion to Certify Issues for Appeal [119]: Plaintiff's response is due by 5/2/2025; Defendant's reply is due by 5/16/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.