# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Betty's Best, Inc.

          Plaintiff,

v.

          Case No.: 1:24−cv−07884

          Honorable Thomas M. Durkin

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss has been filed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Nos. 182, 187, 218, 220, 221, 223, 224, 226, 229, 230, 236, 244, 247, 248, 251, 254 and 255 are dismissed without prejudice, with each party to bear its own costs, attorneys' fees and and expenses. These being the last remaining defendants, all pending dates before this court are stricken. Defendants' motion to certify issues for appeal [119] is denied. Defendants' motion to dissolve or otherwise modify the preliminary injunction [93] is denied as moot. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.